JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TAMMY TROGLIN, | ) | CASE NO. CV09-4078-AHM (CWx) |
|---|---|---|
| Plaintiff(s), | ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) | |
| ALLIED INTERSTATE, INC., et al., | ) | |
| Defendant(s). | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 20 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: September 23, 2009

JS-6

A. Howard Matz
United States District Court Judge